```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  ALEXIS V. ANDREWS
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C.  20044-0683
6  Telephone: (202) 307-6432
   Email: Alexis.V.Andrews@usdoj.gov
7         Western.Taxcivil@usdoj.gov

8  Attorneys for United States of America.
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHADOW HILLS BAPTIST CHURCH, | |
| Plaintiff, | Civil No.  10-CV-1718-GMN-GWF |
| v. | STIPULATED DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant the United States of America ("United States"), by its undersigned counsel, and Shadow Hills Baptist Church, by its undersigned counsel, hereby submit this Stipulated Dismissal of the Complaint—a claim for refund for penalties assessed against Shadow Hills Baptist Church for the taxable periods listed in the Complaint (Doc. No. 1).

WHEREFORE, according to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Complaint, seeking

a refund of penalties assessed against Shadow Hills Baptist Church for the above periods, is hereby DISMISSED WITH PREJUDICE.

Dated this 22nd day of August, 2011.                    Dated this 22nd day of August, 2011.

DANIEL G. BOGDEN
United States Attorney

By:   /s/ Alexis V. Andrews                              By:   _____
ALEXIS V. ANDREWS                                              THOMAS E. CROWE, ESQ.
U.S. Department of Justice                                     Thomas E. Crowe Professional
P.O. Box 683                                                   Law Corporation
Ben Franklin Station                                           2830 S. Jones Blvd. #3
Washington, D.C. 20044                                         Las Vegas, NV 89146

*Attorneys for the United States*                              *Attorney for Plaintiff*

**IT IS SO ORDERED** this 30th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge